Carmen P. **LIMON;** Adolfo Limon **Gonzalez, Petitioners,**

v.

Alberto R. **GONZALES, Attorney General, Respondent.**

No. 05–77161.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007 *.

Filed Aug. 22, 2007.

Helen B. Zebel, Esq., Law Office of Helen B. Zebel, San Francisco, CA, for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Paul L. Binder, Esq., U.S. Department of Justice Antitrust Division, Cleveland, OH, for Respondent.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Carmen P. Limon and her son, Adolfo Limon Gonzalez, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *see Ordonez v. INS*, 345 F.3d 777, 782 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen where petitioners' evidence did not establish prima facie eligibility for asylum or withholding of removal. *See id.* at 785 (to establish a prima facie case, the evidence must reveal a reasonable likelihood that the statutory requirements for relief have been satisfied); *Maroufi v. INS*, 772 F.2d 597, 599 (9th Cir.1985) (no prima facie case established where "affidavit and application for asylum consisted solely of conclusory and speculative inferences drawn from generalized events").

## PETITION FOR REVIEW DENIED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).